UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN SILVA,                                          ) | Case No.: C 09-00424 PVT |
|                                                       ) | |
|                    Plaintiff,                         ) | **ORDER CONTINUING CASE** |
|           v.                                          ) | **MANAGEMENT CONFERENCE** |
|                                                       ) | |
| LIFE INSURANCE COMPANY OF                             ) | |
| NORTH AMERICA, ET AL.,                                ) | |
|                                                       ) | |
|                    Defendants.                        ) | |
| _____ ) | |

On February 16, 2010, plaintiff Karen Silva appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that plaintiff Silva shall serve defendants no later than March 16, 2010;

IT IS FURTHER ORDERED that the Case Management Conference be continued to March 16, 2010 at 2:00 p.m.

Dated:   February 24, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1    A copy of the above order was mailed on February 24, 2010 to the following:

2    Karen Silva
     254-B East Main Street
3    Los Gatos, CA 95030

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28