UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAREN SILVA

           Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, GMAC MORTGAGE GROUP LONG TERM DISABILITY INCOME PLAN
           Defendant(s).

CASE NO. C09-00424 JW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware
4/20/2010

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [X] Private ADR *(please identify process and provider)* _____
  Private mediation with JAMS (Hon. Edward A. Infante).

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [X] other requested deadline  August 2, 2010

Dated: April 16, 2010      /s/ Charles B. Perkins
                                  Attorney for Plaintiff
                                  Karen Silva

Dated: April 16, 2010      /s/ Shilpa G. Doshi
                                  Attorney for Defendant
                                  Life Insurance Co. of North America

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session

- [ ] 90 days from the date of this order.
- [X] other August 2, 2010

IT IS SO ORDERED.

Dated: April 20, 2010

_____
UNITED STATES DISTRICT JUDGE