ADRIENNE C. PUBLICOVER (State Bar No. 161432)
SHILPA G. DOSHI (State Bar No. 253024)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA; GMAC MORTGAGE
GROUP LONG TERM DISABILITY
INCOME PLAN

CHARLES B. PERKINS (State Bar No. 126942)
**FLYNN, ROSE & PERKINS**
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA  95030
Telephone:  408-399-4566

Attorney for Plaintiff
KAREN SILVA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SILVA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, GMAC MORTGAGE GROUP LONG TERM DISABILITY INCOME PLAN,<br><br>　　　　　Defendants. | Case No.  C09-00424 JW<br><br>**STIPULATION TO WAIVE SERVICE AND ADOPT ANSWER**<br><br>Action Filed:  January 29, 2009 |

**IT IS HEREBY STIPULATED,** by and between plaintiff Karen Silva ("Plaintiff") and defendants Life Insurance Company of North America ("LINA") and GMAC MORTGAGE GROUP LONG TERM DISABILITY INCOME PLAN ("Plan") (collectively "Defendants"), through their attorneys of record, as follows:

　　　　1.　　On or about January 29, 2009, Plaintiff filed a complaint against Defendants.

2. LINA was served with the complaint on or about March 1, 2010.

3. On or about March 31, 2010, LINA filed its answer to Plaintiff's complaint.

4. The Plan has not yet been served and has not filed a response to the complaint.

5. Based on the scope and nature of the allegations in the complaint, the Plan asserts that its answer would be essentially the same as LINA's answer. The Plan agrees to waive service of the complaint.

6. The parties believe that it is not necessary for the Plan to file a separate answer to the complaint and therefore stipulate that the answer filed by LINA shall also constitute the answer by the Plan.

Dated: May 4, 2010  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Shilpa G. Doshi_____
ADRIENNE C. PUBLICOVER
SHILPA G. DOSHI
Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA; GMAC MORTGAGE
GROUP LONG TERM DISABILITY
INCOME PLAN

Dated: May 4, 2010  FLYNN, ROSE & PERKINS

By: _____/s/ Charles B. Perkins_____
CHARLES B. PERKINS
Attorneys for Plaintiff
KAREN SILVA

## ORDER

Pursuant to the parties' foregoing stipulation, the Court hereby orders that (1) Plaintiff need not serve the Plan with the complaint, (2) the answer filed by LINA shall also constitute the answer by the Plan, and (3) the Plan shall not file a separate answer to the complaint.

**IT IS SO ORDERED.**

Dated: __May 10, 2010__

*[signature: James Ware]*

HON. JAMES WARE
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Karen Silva v. Life Insurance Company of North American, et al.*
*United States District Court, Northern District Case No.: C09-00424 JW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO WAIVE SERVICE AND ADOPT ANSWER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☑ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

☐ : **E-Mail** – I caused each document to be emailed.

Charles B. Perkins
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
T: 408-399-4566
*Attorney for Plaintiff*
*Karen Silva*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 4, 2010** at San Francisco, California.

_____
Richean Martin