1   CHARLES B. PERKINS  #126942
     FLYNN, ROSE & PERKINS
2   59 North Santa Cruz Avenue, Suite Q
     Los Gatos, California 95030
3   (408) 399-4566
     E-Mail: cbperk@earthlink.net
4

5   Attorneys for Plaintiff,
     KAREN SILVA

6   Adrienne Pubilcover, Esq.
7   Shilpa Gadani Doshi, Esq.
     WILSON, ELSER, MOSKOWITZ,
8   EDELMAN & DICKER, LLP
     525 Market Street, 17th Floor
9   San Francisco, CA  94105-2725

10

11   Attorneys for Defendant,
     LIFE INSURANCE COMPANY OF NORTH
     AMERICA, GMAC MORTGAGE GROUP
12   LONG TERM DISABILITY INCOME PLAN

13

14            UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA

16

17   KAREN SILVA,            )   Case No.  C09-00424 JW
                                  )
18          Plaintiff,       )
                                  )   STIPULATION FOR DISMISSAL OF ENTIRE
19   vs.                      )   ACTION, AND [PROPOSED] ORDER
                                  )
20   LIFE INSURANCE COMPANY    )
     OF NORTH AMERICA,          )
21   GMAC MORTGAGE GROUP LONG TERM )
     DISABILITY INCOME PLAN,     )
22                                   )
         Defendants.     )
23                                   )
24   _____ )

25

26        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Karen Silva and

27   Defendants Life Insurance Company of North America, and GMAC Mortgage Group Long Term

28   Disability Income Plan, through their respective attorneys of record herein, that this entire action

1  shall be dismissed with prejudice, including the complaint and any and all cross-claims or counter-

2  claims, each party to bear his or its attorney's fees and costs.

3       IT IS SO STIPULATED.

4  Dated: _____8/12/10_____                    _Charles B Perkins_

5                                               CHARLES B. PERKINS, Attorney for
                                                Plaintiff, KAREN SILVA

6

7

8  Dated: __8/13/10_____                    _/s/ Adrienne Publicover_____

9                                               ADRIENNE PUBILCOVER,
                                                SHILPA GADANI DOSHI

10                                              Attorneys for Defendant, LIFE INSURANCE
                                                COMPANY OF NORTH AMERICA, and GMAC

11                                              MORTGAGE GROUP LONG TERM DISABILITY
                                                INCOME PLAN

12                                              ORDER

13      Based upon the parties Stipulation for Dismissal of Entire Action,

14
        IT IS HEREBY ORDERED, that this entire action is dismissed with prejudice,
15

16  including the complaint and any all cross-claims, counter claims, each party to bear his or its

17  attorney's fees and costs.

18      IT IS SO ORDERED.  The Clerk shall close this file.

19
    Dated: ___August 20, 2010_____              _James Ware_
20
                                                HONORABLE JUDGE JAMES WARE
21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

*Karen Silva v. Life Insurance Company of North American, et al.*
*United States District Court, Northern District Case No.: C09-00424 JW*

    I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17ᵗʰ Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION, AND PROPOSED ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☑ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

☐ : **E-Mail** – I caused each document to be emailed.

       Charles B. Perkins
       FLYNN, ROSE & PERKINS
       59 North Santa Cruz Avenue, Suite Q
       Los Gatos, CA 95030
       T: 408-399-4566
       *Attorney for Plaintiff*
       *Karen Silva*

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

    EXECUTED **August 18, 2010** at San Francisco, California.

                         Stacey Muller

3

NAME OF DOCUMENT